# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CAESAR WHITE, JR.,

    Plaintiff,

v.                            CASE NO. 4:06cv136-RH/WCS

STATE OF FLORIDA,
DEPARTMENT OF TRANSPORTATION,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 67), the objections (document 68), and the response to the objections (document 69). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Plaintiff's motion for summary judgment (document 59) is DENIED. Defendant's motion for summary judgment (document 58) is GRANTED. The clerk shall enter judgment stating, "All claims are dismissed with prejudice." The

clerk shall close the file.

  SO ORDERED this 19th day of March, 2008.

             s/Robert L. Hinkle
             Chief United States District Judge